IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MALLORY SMITH                                                                PLAINTIFF

v.                      Case No. 4:18-cv-00797 KGB

OM PURSHANTAM, LLC and
TANVI DESAI                                                     DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 38). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 26th day of May, 2021.

                                                   _____
                                                   Kristine G. Baker
                                                   United States District Judge